# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| DAGA ABDULLAHI, | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOYOTA MOTOR CORPORATION | ) | CIVIL NO. 2:17-CV-123-DBH |
| AND TOYOTA MOTOR | ) | |
| ENGINEERING & MANUFACURING | ) | |
| NORTH AMERICA, INC., | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER ON JOINT OBJECTION TO SCHEDULING ORDER

The parties have filed a joint objection to the Court's Scheduling Order with a proposed revised scheduling order and discovery plan. The objection is **SUSTAINED** and the parties' proposed amended scheduling order and discovery plan are hereby **ADOPTED** as the Scheduling Order of the Court.

**SO ORDERED.**

**DATED THIS 1ST DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**