# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| DAGA ABDULLAHI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:17-cv-00123-DBH |
| | § | |
| TOYOTA MOTOR CORPORATION | § | |
| AND TOYOTA MOTOR | § | |
| ENGINEERING & MANUFACTURING | § | |
| NORTH AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

**To the Honorable United States Judge of Said Court:**

COME NOW, Plaintiffs, by and through undersigned counsel, and hereby respectfully provides notice to the Court that a copy of Plaintiff's Initial Disclosures was served on all counsel of record on this 4th day of August, 2017.

        Respectfully submitted,

        **The TRACY firm**

        /s Stewart Matthews
        E. Todd Tracy (Attorney-in-Charge)
        EToddTracy@vehiclesafetyfirm.com
        Stewart Matthews
        SMatthews@vehiclesafetyfirm.com
        4701 Bengal Street
        Dallas, Texas  75235
        (214) 324-9000 – Phone
        (972) 387-2205 – Fax

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of August, 2017, I caused to be electronically filed the foregoing document with the clerk of the court for the District of Maine, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

James M. Campbell
Michelle I. Schaffer
Campbell Campbell Edwards & Conroy
Professional Corporation
One Constitution Center
Boston, MA 02129
*Counsel for Defendants*

        /s Stewart Matthews
        E. Todd Tracy
        Stewart Matthews