UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAGA ABDULLAHI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| VS. | ) Civil Action No. 2:17-cv-00123-DBH |
| | ) |
| TOYOTA MOTOR CORPORATION and | ) |
| TOYOTA MOTOR ENGINEERING & | ) |
| MANUFACTURING NORTH AMERICA, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## THE PARTIES' JOINT MOTION TO EXTEND
## SCHEDULING ORDER DEADLINES AND TRIAL DATE

The Plaintiff, Daga Abdullahi, and the Defendants, Toyota Motor Corporation (TMC) and Toyota Motor Engineering & Manufacturing North America, Inc. (TEMA), hereby jointly move, pursuant to Fed. R. Civ. P. 16(b)(4), for entry of an Order extending the discovery deadline by 90 days, the remaining deadlines by 60 days, and allowing the parties to select a new trial date.  The parties request that the discovery deadline be extended from May 25, 2018 to August 25, 2018; that the deadline to file all dispositive motions and motions challenging expert witness qualifications and opinions be extended from June 15, 2018 to September 15, 2018; and that they be permitted to work with the Court to identify a new trial date some time after October 15, 2018.  As grounds for their motion, the parties state that on May 17, 2018, they engaged in a mediation in Boston with Paul Finn of Commonwealth Mediation and that an additional 10 days is needed for the parties to determine if a settlement can be reached at this time.  The parties wish to hold off on completing expert depositions until after this short period of time to limit

potentially unnecessary litigation costs.  Prior to beginning depositions of the plaintiff's liability experts, the plaintiff's have requested certain supplemental documents be produced by the defendants, which the defendants have agreed to provide no later than June 30, 2018.

## RELEVANT FACTS

This is a personal injury automotive product liability matter arising out of a motor vehicle accident that occurred on May 14, 2016 in New Gloucester, Maine.  At the time of the accident the plaintiff, Daga Abdullahi, was a passenger in a 2009 model year U.S. bound Toyota Camry. The plaintiff alleges defects in the design of the passenger's seat assembly and passenger's seatbelt system of the subject vehicle.

The parties have been proceeding diligently through discovery and all parties have timely disclosed experts.  Following expert disclosures, the parties scheduled a mediation that took place on May 16, 2018.  The parties were not able to finalize an agreement at the mediation; however, the plaintiff has requested additional time to consider the defendants' position on settlement.  Further, the parties recently have reached an agreement concerning supplemental document production that the defendants will be able to provide by June 30, 2018.

The current Scheduling Order deadline for the completion of all discovery, including expert witness depositions, is May 25, 2018.  In the event the parties are unable to resolve the case in the near term, additional time will be necessary for the parties to depose the four experts disclosed by the defendants and, following the defendants' supplemental document production, the five experts disclosed by the plaintiff.  Therefore, the parties request a modest extension of the remaining deadlines.  Because this extension will impact the trial date, the parties further request an opportunity to work with the Court to identify a mutually agreeable new trial date. Although this Court previously has granted extensions of the expert disclosure deadlines, this is

the first request for an extension of other deadlines and no party will be prejudiced by the modest extensions sought.

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Deadline to complete discovery | May 25, 2018 | **August 25, 2018** |
| Deadline to file all dispositive motions and motions challenging expert witness qualifications and opinions with supporting memoranda | June 15, 2018 | **September 15, 2018** |
| Expected trial date | August 13, 2018 | **October 15, 2018** |

## <u>ARGUMENT</u>

Rule 16(b)(4) of the Federal Rules of Civil Procedure permits the modification of a Scheduling Order for good cause. As set forth above, the parties have been working cooperatively to complete discovery, and only expert depositions remain. The parties have just completed a mediation and there remains the possibility that the case may resolve, but they seek a modest extension of time to complete expert depositions if necessary. A brief 90-day extension of the discovery deadline necessitates a similarly modest 60-day extension of the deadline for dispositive and *Daubert* motions, in order to assure that the parties are fully prepared for trial if they are unable to resolve the case.

## CONCLUSION

Accordingly, for the foregoing reasons, the parties jointly request that the discovery deadline be extended by 90 days and the dispositive and *Daubert* motions deadlines be extended by 60 days as provided above and that they be permitted to work with the Court to identify a new trial date accordingly.

DAGA ABDULLAHI

By her Attorneys,

/s/ Blair A. Jones

_____
Blair A. Jones
Law Office of Joe Bornstein
5 Moulton Street
P.O. Box 4686
Portland, ME 04112
(207) 772-4625
bjones@joebornstein.com

TOYOTA MOTOR CORPORATION
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC.

By their Attorneys,

/s/ Michelle I. Schaffer

_____
James M. Campbell
Michelle I. Schaffer
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
mschaffer@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, Michelle I. Schaffer, hereby certify that on May 22, 2018 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Blair A. Jones, Esq.
Law Office of Joseph Bornstein
5 Moulton Street
Portland, ME 04112

Andrew G. Counts, Esq.
E. Todd Tracy, Esq.
Stewart Matthews, Esq.
The Tracy Law Firm
4701 Bengal Street
Dallas, TX 75235


/s/ Michelle I. Schaffer
Michelle I. Schaffer